**NEW KENSINGTON–ARNOLD SCHOOL DISTRICT, Petitioner**

v.

**NEW KENSINGTON–ARNOLD EDUCATION–ASSOCIATION, PSEA/NEA, Respondent**

**No. 320 WAL 2016**

Supreme Court of Pennsylvania.

January 24, 2017

## ORDER

PER CURIAM

**AND NOW**, this 24th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.